IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:23-cr-00048 |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus |
| | : | |
| -vs- | : | |
| | : | **DEFENDANT'S MOTION FOR** |
| ALI DURRANI, | : | **CONTINUANCE OF** |
| | : | **MOTION HEARING** |
| Defendant. | : | |

Now comes the Defendant, Ali Durrani, by and through undersigned counsel, Justin M. Weatherly, Esq., and hereby respectfully requests this Honorable Court to continue the Motion Hearing currently scheduled in the above-referenced for July 18, 2023, in the Southern District Court of Ohio for the reasons more fully explained in the Brief in Support, attached hereto and incorporated herein by reference.

Respectfully Submitted,

/s/ Justin M. Weatherly, Esq.
JUSTIN M. WEATHERLY, Esq.
Henderson, Mokhtari & Weatherly
1231 Superior Avenue East
Cleveland, Ohio 44114
(216) 774-0000
jw@hmwlawfirm.com
Counsel for Defendant Ali Durrani

## **MEMORANDUM IN SUPPORT**

A Motion Hearing in the above-captioned matter is currently scheduled to commence on July 18, 2023, at 9:30 A.M. Undersigned counsel respectfully requests that this Honorable Court reschedule the date of the Motion Hearing due to the fact that undersigned counsel already has a previously scheduled Jury Trial starting July 17, 2023. It is anticipated to last through July 21, 2023, at the earliest (Please see the attached "Exhibit A"). In addition, undersigned counsel has a previously scheduled Sentencing Hearing set for July 18, 2023, at 9:00 A.M., in the Northern District Court of Ohio (Please see the attached "Exhibit B"). As such, Defendant, Ali Durrani, by and through undersigned counsel, Justin M. Weatherly, Esq., respectfully requests this Court to continue the hearing to another date and time which is convenient to this Honorable Court and does not conflict with undersigned counsel's previously scheduled hearing.

WHEREFORE, the Defendant, Ali Durrani, by and through undersigned counsel, Justin M. Weatherly, Esq., and for the foregoing reasons, respectfully requests this Honorable Court for an Order continuing the Motion Hearing in this matter, currently scheduled for July 18, 2023, at 9:30 A.M. to a date and time convenient to this Honorable Court and all parties involved.

Respectfully Submitted,

/s/ Justin M. Weatherly
JUSTIN M. WEATHERLY, Esq.
Counsel for Defendant Ali Durrani

.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically delivered to the following on this 6th day of July, 2023:

**David Jerome Twombly**
614-469-5715
Fax: 614-469-2200
Email: david.twombly@usdoj.gov

**Jessica W Knight**
614-469-5715
Fax: 614-469-5653
Email: jessica.knight@usdoj.gov

                                                        s/ Justin M. Weatherly, Esq.
                                                       JUSTIN M. WEATHERLY, Esq.
                                                       Counsel for Defendant Ali Durrani