

143414658

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| THE STATE OF OHIO<br>Plaintiff | Case No: CR-21-664185-A<br><br>Judge: CASSANDRA COLLIER-WILLIAMS |
| JAMES BOYLE III<br>Defendant | INDICT: 2907.02 RAPE<br>2907.05 GROSS SEXUAL IMPOSITION<br>2907.05 GROSS SEXUAL IMPOSITION |

## JOURNAL ENTRY

PROSECUTOR(S) EAMONN MCDERMOTT PRESENT.
COUNSEL JUSTIN WEATHERLY AND GEORGE KENNETH PRESENT ON BEHALF OF DEFENDANT.
TRIAL NOT HEALD.
TRIAL IS CONTINUED AS THE REQUEST OF DEFENDANT.
ATTORNEY CONFERENCE HELD WITH THE COURT.
DEFENDANT'S MOTION FOR PRODUCTION OF ALLEGED VICTIM'S PSYCHOLOGICAL RECORDS AND MOTION TO TO COMPEL STATE OF OHIO TO DISCLOSE DISCOVERY RELATIVE TO PSYCHOLOGICAL/MENTAL ILLNESS AND/OR TREATMENT OF ALLEGED VICTIM IS GRANTED IN PART. THE STATE OF OHIO IS ORDERED TO FORWARD THE REQUESTED RECORDS FOR IN-CAMERA REVIEW. COUNSEL FOR DEFENDANT IS ORDERED TO FORWARD TO THE COURT A SUBPOENA FOR THE RECORDS FOR THE COURT'S SIGNATURE.
PRETRIAL HELD 04/03/2023.
PRETRIAL SET FOR 05/23/2023 AT 09:00 AM.
TRIAL PREVIOUSLY SET FOR 04/03/2023 AT 09:00AM IS RESET FOR 07/17/2023 AT 09:00AM

04/03/2023
CPCCW 04/04/2023 10:50:04



_____
Judge Signature            04/04/2023

HEAR
04/03/2023

RECEIVED FOR FILING
04/04/2023 11:14:21
NAILAH K. BYRD, CLERK



Exhibit A