Greenberg,MotRef,Protect,Psprt

# U.S. District Court
## NORTHERN DISTRICT OF OHIO (Cleveland)
## CRIMINAL DOCKET FOR CASE #: 1:20-cr-00731-PAB-18

Case title: United States of America v. Bailey et al          Date Filed: 11/10/2020

Assigned to: Judge Pamela A. Barker

**Defendant (18)**

**Chelsea Tarver**                      represented by **Justin M. Weatherly**
                                        Henderson, Mokhtari & Weatherly -
                                        Cleveland
                                        Ste. 200
                                        1231 Superior Avenue
                                        Cleveland, OH 44114
                                        216-774-0000
                                        Fax: 216-774-0493
                                        Email: jw@hmwlawfirm.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*
                                        Designation: Retained

**Pending Counts**                      **Disposition**

18:1349 Conspiracy to Commit Health Care
Fraud
(1)

18:1347 Health Care Fraud
(24-25)

18:1035 False Statement Relating to Health
Care Matters
(55-56)

18:1956(h) Conspiracy to Commit Money
Laundering
(65)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                   **Disposition**

None

**Highest Offense Level (Terminated)**

None



Exhibit

B

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**United States of America**      represented by      **Michael L. Collyer**
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3744
Fax: 216-522-8355
Email: michael.collyer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Edward D. Brydle**
Office of the U.S. Attorney - Cleveland
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3875
Email: edward.brydle@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**James L. Morford**
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3611
Fax: 216-522-7499
Email: james.morford@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jonathan L. Metzler**
Office of the Attorney General - Health
Care Fraud Section
17th Floor
150 East Gay Street
Columbus, OH 43215
614-728-2844
Fax: 866-312-5649
Email:
jonathan.metzler@ohioattorneygeneral.gov

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2021 | 134 | **Superseding Indictment** filed by USA as to Alfonzo D. Bailey (1) count(s) 1s, 2s-38s, 63s-64s, 65s, 66s-77s, David Brown (2) count(s) 1s, Valerie White (3) count(s) 1s, 32s-38s, 63s-64s, Sandra Wilson (4) count(s) 1s, 32s-38s, Cheria Oliver (5) count(s) 1s, 4s-5s, 39s-40s, Charchee Tucker (6) count(s) 1s, Allen Steele (7) count(s) 1s, 8s-9s, Kamelah Ganaway (8) count(s) 1s, 6s-7s, Tremayne Kellom (9) count(s) 1s, 2s-3s, Eye for Change Youth and Family Services, Inc. (10) count(s) 1s, 2s-38s, Luray Baker (11) count(s) 1, 10-11, 41-42, Quiana Bell (12) count(s) 1, 12-13, 43-44, Larvell Fellows (13) count(s) 1, 14-15, 45-46, Timothy Gorham (14) count(s) 1, 16-17, 47-48, Donald Henderson (15) count(s) 1, 18-19, 49-50, Eric King (16) count(s) 1, 20-21, 51-52, Brandi Little (17) count(s) 1, 22-23, 53-54, Chelsea Tarver (18) count(s) 1, 24-25, 55-56, 65, Mitchell Townsend (19) count(s) 1, 26-27, 57-58, Nyshia Ware (20) count(s) 1, 28-29, 59-60, Lesia Niamke (21) count(s) 1, 30-31, 61-62. (Attachments: # 1 Designation Form and Signature Page) (H,SP) (Entered: 05/28/2021) |
| 06/08/2021 | 138 | Notice of Appearance of Attorney - Justin M. Weatherly appearing for Chelsea Tarver (18) (Weatherly, Justin) (Entered: 06/08/2021) |
| 06/09/2021 | 150 | Summons in a Criminal Case as to Chelsea Tarver (18). Arraignment on Superseding Indictment set for 6/24/2021 at 2:00 p.m. in Courtroom 10B before Magistrate Judge Jonathan D. Greenberg. (S,S) (Entered: 06/09/2021) |
| 06/24/2021 | 186 | Receipt for CCW Permit of Chelsea Wright received on 06/24/21, Receipt Number #C851. (M,MT) (Entered: 06/24/2021) |
| 06/24/2021 | 187 | Receipt for Passport of Chelsea Tarver received on 06/24/21, Receipt Number #C852 (M,MT) (Entered: 06/24/2021) |
| 06/24/2021 | | **Minutes of proceedings** [non-document] before Magistrate Judge Jonathan D. Greenberg on 6/24/2021 Arraignment/Initial Appearance as to Chelsea Tarver (18). AUSA Jonathan Metzler present for the government. Attorney Justin Weatherly present for defendant. Defendant present. Pursuant to the Due Process Protections Act, the Court reminds the government of its obligations under Brady v. Maryland, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with Brady and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances. Defendant waives reading of superseding indictment. Plea of not guilty entered. Government concurs with bond recommendation of Pretrial Services. Bond set at $10,000 unsecured with standard/special conditions. (Court Reporter: Donnalee Cotone; Pretrial Officer: Travis Jennings) (Time: 10 min.) (S,S) (Entered: 06/25/2021) |
| 06/24/2021 | 211 | Appearance Bond Entered as to Chelsea Tarver (18) in amount of $ 10,000, unsecured. (S,S) (Entered: 06/25/2021) |
| 06/24/2021 | 212 | **Order** Setting Conditions of Release as to Chelsea Tarver (18). Signed by Magistrate Judge Jonathan D. Greenberg on 6/24/2021. (S,S) (Entered: 06/25/2021) |
| 07/13/2021 | 231 | **Motion** to Travel *Motion for Permission to Travel* by Chelsea Tarver (18). (Weatherly, Justin) (Entered: 07/13/2021) |

| 07/13/2021 | 232 | **Motion** for Disclosure *of Information Regarding Prior and Subsequent Bad Acts Pursuant to 404(B), with memorandum in support* by Chelsea Tarver (18). (Weatherly, Justin) (Entered: 07/13/2021) |
| 07/13/2021 | 233 | Notice of Discovery Request as to Chelsea Tarver (18) (Weatherly, Justin) (Entered: 07/13/2021) |
| 07/13/2021 | 234 | Notice of Discovery Request as to Chelsea Tarver (18) (Weatherly, Justin) (Entered: 07/13/2021) |
| 07/14/2021 | 235 | **Marginal Entry Order** granting 231 Defendant's Motion to Travel outside the Northern District of Ohio on 9/5/2021 and 10/8/2021 through 10/11/2021 as to Chelsea Tarver (18). Judge Pamela A. Barker on 7/14/2021. (P,K) (Entered: 07/14/2021) |
| 07/14/2021 | | **Order** [non-document] The Government shall file a response to Defendant's Motion for Disclosure *of Information Regarding Prior and Subsequent Bad Acts Pursuant to 404(B)* filed by Chelsea Tarver (18) within 7 days. Defendant shall file a reply, if any, within 7 days of the filing of the Government's response. (Doc. No. 232 ). Judge Pamela A. Barker on 7/14/2021. (P,K) (Entered: 07/14/2021) |
| 07/14/2021 | 236 | **Response** by United States of America to **Motion** for Disclosure *of Information Regarding Prior and Subsequent Bad Acts Pursuant to 404(B)* 232 as to Chelsea Tarver (18) (Collyer, Michael) (Entered: 07/14/2021) |
| 07/23/2021 | 244 | **Memorandum Opinion and Order:** For the reasons stated in this Order, Defendant Chelsea Tarver's Motion For Disclosure Of Information Regarding Prior And Subsequent Bad Acts Pursuant to 404(B) is GRANTED IN PART AND DENIED IN PART. (Doc. No. 232 .) Judge Pamela A. Barker on 7/23/2021. (P,K) (Entered: 07/23/2021) |
| 08/19/2021 | 256 | **Trial Order** as to Luray Baker (11), Quiana Bell (12), Larvell Fellows (13), Timothy Gorham (14), Donald Henderson (15), Eric King (16), Brandi Little (17), Chelsea Tarver (18), Mitchell Townsend (19), Nyshia Ware (20), Lesia Niamke (21). Attorneys are cautioned not to rely on the docket entry only. Read the attached Order for additional information and requirements. Final Pretrial Conference set for 11/16/2021 at 09:00 AM, Jury Trial set for 12/7/2021 at 09:00 AM; both to be held in Courtroom 16A before Judge Pamela A. Barker. Judge Pamela A. Barker on 8/19/2021. (P,K) (Entered: 08/19/2021) |
| 08/20/2021 | 262 | Waiver of Speedy Trial by Chelsea Tarver (18). (Weatherly, Justin) (Entered: 08/20/2021) |
| 08/23/2021 | 274 | Waiver of Speedy Trial by Chelsea Tarver (18). (P,K) (Entered: 08/24/2021) |
| 09/10/2021 | 281 | Joint **Motion** to Compel *Production of ESI in Usable Format or, In the Alternative,* **Motion** to Authorize Expenditure of funds to obtain Experts to Access ESI filed by Alfonzo Bailey (1), Valerie White (3), Cheria Oliver (5), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Donald Henderson (15), Chelsea Tarver (18), Lesia Niamke (21). (Attachments: # 1 Attachment A - Email Thread with Government, # 2 Attachment B - Email of AUSA Jonathan Metzler, # 3 Attachment C - Vestige Quotation) (DeVan, Mark). Added **Motion** on 9/13/2021 (H,SP). (Entered: 09/10/2021) |
| 09/13/2021 | | **Order** [non-document] as to Alfonzo D. Bailey (1), Valerie White (3), Cheria Oliver (5), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Donald Henderson (15), Chelsea Tarver (18), Lesia Niamke (21) re 281 Joint Motion to Compel Production of ESI in Usable Format or, In the Alternative, to Authorize Expenditure of Funds to Obtain Experts to Access ESI. The Government shall file a response to Defendant's Motion within 7 days. Defendant shall file a reply, if any, within 7 days of the filing of the Government's response. Judge Pamela A. Barker on 9/13/2021. (P,K) (Entered: 09/13/2021) |

| 09/15/2021 | 285 | **Motion** to Travel *Motion for Permission to Travel to Detroit Michigan* by Chelsea Tarver (18). (Weatherly, Justin) (Entered: 09/15/2021) |
| 09/16/2021 | 286 | **Marginal Entry Order** granting 285 Defendant Chelsea Tarver's (18) Motion to Travel from September 17, 2021 to September 19, 2021. Judge Pamela A. Barker on 9/16/2021. (P,K) (Entered: 09/16/2021) |
| 09/20/2021 | 287 | **SEALED Document:** *Response in Opposition to Defendants' Joint Motion to Compel Production of ESI in Usable Format* filed by United States of America as to Alfonzo D. Bailey, David Brown, Valerie White, Sandra Wilson, Cheria Oliver, Charchee Tucker, Allen Steele, Kamelah Ganaway, Tremayne Kellom, Eye for Change Youth and Family Services, Inc., Luray Baker, Quiana Bell, Larvell Fellows, Timothy Gorham, Donald Henderson, Eric King, Brandi Little, Chelsea Tarver, Mitchell Townsend, Nyshia Ware, Lesia Niamke. (Related document(s) 83 , 281 ). (Attachments: # 1 Attachment A: Government Discovery Productions) (Collyer, Michael). Modified on 9/21/21, filer notified of error with certificate of service page (H,SP) (Entered: 09/20/2021) |
| 10/06/2021 | 301 | Unopposed Joint **Motion** to continue Trial and Extend Filing Deadlines *for 90 days* by Chelsea Tarver (18). (Weatherly, Justin) (Entered: 10/06/2021) |
| 10/11/2021 | 303 | **Reply** to response to Joint 281 **Motion** to Compel *Production of ESI in Usable Format or, In the Alternative,* **Motion** to authorize Expenditure of funds to obtain Experts to Access ESI as to Alfonzo D. Bailey (1), Valerie White (3), Cheria Oliver (5), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Donald Henderson (15), Brandi Little (17), Chelsea Tarver (18), Lesia Niamke (21) (DeVan, Mark) (Entered: 10/11/2021) |
| 10/18/2021 | | **Order** referring Defendants' 281 Joint Motion to Compel Production of ESI in Usable Format or, In the Alternative, Motion to Authorize Expenditure of funds to obtain Experts to Access ESI, 282 Motion to Join in Defendants' Joint Motion filed by Nyshia Ware (20), and 284 Notice of Joinder in Motion as to Charchee Tucker (6) to Magistrate Judge Jonathan D. Greenberg for disposition. Judge Pamela A. Barker on 10/18/2021. (P,K) (Entered: 10/18/2021) |
| 10/18/2021 | | **IMPORTANT:** Notice [non-document] as to Alfonzo D. Bailey (1), Valerie White (3), Cheria Oliver (5), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Donald Henderson (15), Chelsea Tarver (18), Nyshia Ware (20), Lesia Niamke (21). re Order Referring Motion. In-Person Status Conference, with counsel ONLY, is set for 10/21/2021 at 11:00 AM in Courtroom 10B before Magistrate Judge Jonathan D. Greenberg.(S,SR) (Entered: 10/18/2021) |
| 10/22/2021 | | **Minutes of proceedings** [non-document] before Magistrate Judge Jonathan D. Greenberg as to Alfonzo D. Bailey (1), Valerie White (3), Cheria Oliver (5), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Donald Henderson (15), Chelsea Tarver (18), Nyshia Ware (20), Lesia Niamke (21). The Court held a status conference with counsel regarding the discovery issues raised in the briefing on the Joint Motion to Compel at Doc. No. 281 . A telephonic status conference is set for October 29, 2021, at 9:30 a.m. The Court shall provide counsel, via email, with instructions on accessing the conference call. The hearing on the Joint Motion to Compel is CONTINUED. (Court Reporter none) Time: 1 hour 45 minutes. (S,SR) (Entered: 10/22/2021) |
| 10/29/2021 | 310 | **Motion** to excuse Appearance at Status Conference, with brief in support by Chelsea Tarver (18). (Weatherly, Justin) (Entered: 10/29/2021) |
| 10/29/2021 | | **Minutes of proceedings** [non-document] before Magistrate Judge Jonathan D. Greenberg.Status Conference as to Alfonzo D. Bailey (1), Valerie White (3), Cheria |

| | | |
|---|---|---|
| | | Oliver (5), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Donald Henderson (15), Chelsea Tarver (18), Nyshia Ware (20), Lesia Niamke (21) held on 10/29/2021. The Court held a status conference with counsel regarding the discovery issues raised in the briefing on the Joint Motion to Compel at Doc. No. 281 . The Joint Motion to Compel is held in ABEYANCE. A telephonic status conference is set for December 21, 2021, at 9:00 a.m. Counsel shall use the same conference call information as previously provided. (Court Reporter none) Time: 15 minutes. (S,SR) (Entered: 10/29/2021) |
| 12/21/2021 | | **Minutes of proceedings** [non-document] before Magistrate Judge Jonathan D. Greenberg. Status Conference as to Alfonzo D. Bailey (1), Valerie White (3), Cheria Oliver (5), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Donald Henderson (15), Chelsea Tarver (18), Eric King (16), Nyshia Ware (20), Lesia Niamke (21) held on 12/21/2021 regarding the discovery issues raised in the briefing on the Joint Motion to Compel, Doc. No. 281. After discussion, the Court set a hearing for February 11, 2022, at 10:00 AM to be held by video conference (Zoom information will be emailed to counsel) The parties agreed that all Defendants will have a total of 1 hour 45 minutes to present their arguments and the Government will have 45 minutes. (Court Reporter none) Time: 1 hour. (D,Ky) (Entered: 12/21/2021) |
| 02/10/2022 | 344 | Notice *of Submission of Exhibits in Support of Opposition to Motion to Compel* filed by United States of America as to Alfonzo D. Bailey (1), David Brown (2), Valerie White (3), Sandra Wilson (4), Cheria Oliver (5), Charchee Tucker (6), Allen Steele (7), Kamelah Ganaway (8), Tremayne Kellom (9), Eye for Change Youth and Family Services, Inc. (10), Luray Baker (11), Quiana Bell (12), Larvell Fellows (13), Timothy Gorham (14), Donald Henderson (15), Eric King (16), Brandi Little (17), Chelsea Tarver (18), Mitchell Townsend (19), Nyshia Ware (20), Lesia Niamke (21). (Related document(s) 287 ). (Attachments: # 1 Exhibit 1 - FTK Imager User Guide, # 2 Exhibit 2 - FTK Screen Shots, # 3 Exhibit 3 - Index of Computers) (Collyer, Michael) (Entered: 02/10/2022) |
| 02/11/2022 | 348 | Notice *of Submission of Amended Exhibit 3 in Support of Opposition to Motion to Compel* by United States of America as to Alfonzo D. Bailey (1), David Brown (2), Valerie White (3), Sandra Wilson (4), Cheria Oliver (5), Charchee Tucker (6), Allen Steele (7), Kamelah Ganaway (8), Tremayne Kellom (9), Eye for Change Youth and Family Services, Inc. (10), Luray Baker (11), Quiana Bell (12), Larvell Fellows (13), Timothy Gorham (14), Donald Henderson (15), Eric King (16), Brandi Little (17), Chelsea Tarver (18), Mitchell Townsend (19), Nyshia Ware (20), Lesia Niamke (21). (Related document(s) 287 ). (Attachments: # 1 Exhibit 3 - Updated Index of Computers) (Collyer, Michael) (Entered: 02/11/2022) |
| 02/11/2022 | | **Minutes of proceedings** [non-document] before Magistrate Judge Jonathan D. Greenberg. Hearing as to Alfonzo D. Bailey (1), David Brown (2), Valerie White (3), Sandra Wilson (4), Cheria Oliver (5), Charchee Tucker (6), Allen Steele (7), Kamelah Ganaway (8), Tremayne Kellom (9), Eye for Change Youth and Family Services, Inc. (10), Luray Baker (11), Quiana Bell (12), Larvell Fellows (13), Timothy Gorham (14), Donald Henderson (15), Eric King (16), Brandi Little (17), Chelsea Tarver (18), Mitchell Townsend (19), Nyshia Ware (20), Lesia Niamke (21) held on 2/11/2022 regarding the discovery issues raised in the briefing on the Joint Motion to Compel, Doc. No. 281 . Post-hearing briefs shall be filed by close of business (5:00 p.m.) on February 18, 2022. The briefs shall be limited to ten pages. The page limit shall be strictly enforced and any pages over the ten-page limit shall be stricken. No response briefs shall be allowed. Time: 3 hours. (S,SR) (Entered: 02/14/2022) |
| 02/15/2022 | | Expedited Request for Court Ordered Transcript [non-document] for proceedings held on 2/11/2022 before Judge Greenberg, Court Reporter: ECRO. Requested completion date: 2/23/2022. Requesting Judicial Officer: Judge Greenberg. (S,SR) (Entered: 02/15/2022) |

| | | |
|---|---|---|
| 02/17/2022 | 357 | **Order** to Continue - Ends of Justice as to Valerie White (3), Sandra Wilson (4), Cheria Oliver (5), Charchee Tucker (6), Luray Baker (11), Quiana Bell (12), Timothy Gorham (14), Donald Henderson (15), Eric King (16), Brandi Little (17), Chelsea Tarver (18), Nyshia Ware (20), Lesia Niamke (21), Motions terminated as to Valerie White (3), Sandra Wilson (4), Cheria Oliver (5), Charchee Tucker (6), Luray Baker (11), Quiana Bell (12), Timothy Gorham (14), Donald Henderson (15), Eric King (16), Brandi Little (17), Chelsea Tarver (18), Nyshia Ware (20), Lesia Niamke (21). For the reasons stated in this Order, the Court finds that the ends of justice served by the granting of a continuance outweigh the best interest of the public and defendants in a speedy trial. 18 U.S.C.§§3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). Judge Pamela A. Barker on 2/17/2022. (P,K) (Entered: 02/17/2022) |
| 02/17/2022 | | **IMPORTANT**: Notice [non-document] of Final Pretrial Conference RESET for 7/7/2022 at 09:00 AM, Jury Trial RESET for 7/12/2022 at 09:00 AM; both to be held in Courtroom 16A before Judge Pamela A. Barker as to Defendants Valerie White (3), Sandra Wilson (4), Cheria Oliver (5), Charchee Tucker (6), Luray Baker (11), Quiana Bell (12), Timothy Gorham (14), Donald Henderson (15), Eric King (16), Brandi Little (17), Chelsea Tarver (18), Nyshia Ware (20), Lesia Niamke (21). (P,K) (Entered: 02/17/2022) |
| 02/18/2022 | 358 | Notice *of Filing of Post-Hearing Brief* in Support of Opposition to Defense Motion to Compel as to Alfonzo D. Bailey (1), David Brown (2), Valerie White (3), Sandra Wilson (4), Cheria Oliver (5), Charchee Tucker (6), Allen Steele (7), Kamelah Ganaway (8), Tremayne Kellom (9), Eye for Change Youth and Family Services, Inc. (10), Luray Baker (11), Quiana Bell (12), Larvell Fellows (13), Timothy Gorham (14), Donald Henderson (15), Eric King (16), Brandi Little (17), Chelsea Tarver (18), Mitchell Townsend (19), Nyshia Ware (20), Lesia Niamke (21). (Related document(s) 281 ) (DeVan, Mark) (Entered: 02/18/2022) |
| 02/18/2022 | 359 | Notice *of Filing of Post-Hearing Brief* in Support of Opposition to Defense Motion to Compel as to Alfonzo D. Bailey (1), Valerie White (3), Cheria Oliver (5), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Donald Henderson (15), Brandi Little (17), Chelsea Tarver (18), Lesia Niamke (21) (Collyer, Michael) (Entered: 02/18/2022) |
| 03/08/2022 | 363 | **Order** GRANTING the motions to join in the pending motions to compel (Doc. Nos. 282 , 284 .) and DENIES the motion to compel. (Doc. No. 281 .) Signed by Magistrate Judge Jonathan D. Greenberg on 3/8/22. (D,Ky) (Entered: 03/08/2022) |
| 03/09/2022 | 364 | Expedited Non-Appeal Transcript Request by Alfonzo D. Bailey (1) as to Alfonzo D. Bailey (1), David Brown (2), Valerie White (3), Sandra Wilson (4), Cheria Oliver (5), Charchee Tucker (6), Allen Steele (7), Kamelah Ganaway (8), Tremayne Kellom (9), Eye for Change Youth and Family Services, Inc. (10), Luray Baker (11), Quiana Bell (12), Larvell Fellows (13), Timothy Gorham (14), Donald Henderson (15), Eric King (16), Brandi Little (17), Chelsea Tarver (18), Mitchell Townsend (19), Nyshia Ware (20), Lesia Niamke (21) for proceedings held on February 11, 2022 before Judge Jonathan Greenberg. Court Reporter: Mary Uphold. Requested completion date: March 14, 2022 (DeVan, Mark) (Entered: 03/09/2022) |
| 03/22/2022 | 368 | Appeal of, and Objections to, 363 Order on Motion to Compel by Alfonzo D. Bailey (1), Valerie White (3), Cheria Oliver (5), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Donald Henderson (15), Brandi Little (17), Chelsea Tarver (18), Lesia Niamke (21). (Attachments: # 1 2-11-22 Hearing transcript) (DeVan, Mark). Modified to term motion and removed additional defendants from text (S,HR) (Entered: 03/22/2022) |

| 03/22/2022 | | **Order** [non-document] as to Alfonzo D. Bailey (1), Valerie White (3), Cheria Oliver (5), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Donald Henderson (15), Chelsea Tarver (18), Lesia Niamke (21) re: 368 Defendants' Appeal of, and Objections to, Opinion and Order of the Magistrate Judge denying their motion to compel. (Doc. No. 363 .) The Government shall file a response to Defendants' Motion within 7 days. Defendants shall file a reply, if any, within 7 days of the filing of the Government's response. Judge Pamela A. Barker on 3/22/2022. (P,K) (Entered: 03/22/2022) |
| --- | --- | --- |
| 03/29/2022 | 370 | **Motion** for Extension of Time to File Response/Reply as to 368 **Motion** Appeal of, and Objections to, Opinion and Order of Magistrate re 363 Order on Motion to Compel, by United States of America as to Alfonzo D. Bailey (1), Valerie White (3), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Donald Henderson (15), Chelsea Tarver (18), Lesia Niamke (21). (Collyer, Michael) (Entered: 03/29/2022) |
| 03/29/2022 | | **Order** [non-document] granting Government's 370 Motion for Extension of Time until April 5, 2022, to file response as to Defendants' 368 Motion of Appeal, and Objections to, Opinion and Order of Magistrate Judge. Judge Pamela A. Barker on 3/29/2022. (P,K) (Entered: 03/29/2022) |
| 03/31/2022 | 374 | **Motion** to Travel by Chelsea Tarver (18). (Weatherly, Justin) (Entered: 03/31/2022) |
| 04/01/2022 | 375 | **Marginal Entry Order** granting 374 Defendant Chelsea Tarver's (18) Motion to Travel. Judge Pamela A. Barker on 4/1/2022. (P,K) (Entered: 04/01/2022) |
| 04/05/2022 | 376 | **Response** by United States of America in opposition to 368 **Motion** Appeal of, and Objections to, Opinion and Order of Magistrate re 363 , as to Alfonzo D. Bailey (1), Valerie White (3), Cheria Oliver (5), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Donald Henderson (15), Brandi Little (17), Chelsea Tarver (18), Lesia Niamke (21) (Collyer, Michael) (Entered: 04/05/2022) |
| 04/06/2022 | | **Order** [non-document] as to Government's Response in Opposition to Defendants' Appeal of, and Objections to, Opinion and Order of Magistrate Judge. Defendants shall file their reply, if any, within 7 days of the filing of the Government's response. (Doc. No. 376 .) Judge Pamela A. Barker on 4/6/2022. (P,K) (Entered: 04/06/2022) |
| 04/12/2022 | 379 | **Reply** to response to 368 **Motion** of Appeal of, and Objections to Opinion and Order of Magistrate re 363 filed by Alfonzo D. Bailey (1), Valerie White (3), Cheria Oliver (5), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Donald Henderson (15), Brandi Little (17), Chelsea Tarver (18), Lesia Niamke (21) (DeVan, Mark) (Entered: 04/12/2022) |
| 04/28/2022 | 385 | **Memorandum Opinion and Order** as to Defendants Alfonzo D. Bailey (1), Valerie White (3), Cheria Oliver (5), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Donald Henderson (15), Chelsea Tarver (18), Lesia Niamke (21). For the reasons stated in this Order, Defendants' Appeal of, and Objections to, Opinion and Order of Magistrate, (Doc. No. 363 ) are overruled, and Magistrate Judge Greenberg's Report and Recommendation is ADOPTED, with the additional order that the Government issue an administrative subpoena to retrieve the original devices from Defendant Eye for Change and make those available to defense counsel on dates and at times for individual review with their respective clients. Judge Pamela A. Barker on 4/28/2022. (P,K) (Entered: 04/28/2022) |
| 06/08/2022 | 397 | Joint unopposed **Motion** to continue Pre-trial and Trial by Chelsea Tarver (18) as to Alfonzo D. Bailey (1), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Larvell Fellows (13), Donald Henderson (15), Chelsea Tarver (18), Mitchell Townsend (19). (Weatherly, Justin) . (Entered: 06/08/2022) |

| 06/09/2022 | 398 | **Order** to Continue - Ends of Justice as to Alfonzo D. Bailey (1), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Larvell Fellows (13), Donald Henderson (15), Chelsea Tarver (18), Mitchell Townsend (19). For the reasons stated in this Order, the Court finds that the ends of justice served by the granting of a continuance outweigh the best interest of the public and defendants in a speedy trial. 18 U.S.C.§§3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). Judge Pamela A. Barker on 6/9/2022. (Related # 397 .(P,K) (Entered: 06/09/2022) |
|---|---|---|
| 06/09/2022 | | **IMPORTANT:** Notice [non-document] as to Alfonzo D. Bailey (1), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Larvell Fellows (13), Donald Henderson (15), Chelsea Tarver (18), Mitchell Townsend (19). Final Pretrial Conference reset for 10/25/2022 at 10:00 AM, Jury Trial reset for 11/7/2022 at 09:00 AM; both to be held in Courtroom 16A before Judge Pamela A. Barker.(P,K) (Entered: 06/09/2022) |
| 06/23/2022 | 410 | **Motion** to Amend Conditions of bond-permission to Travel for Funeral *with brief in support* by Chelsea Tarver (18). (Weatherly, Justin) (Entered: 06/23/2022) |
| 06/23/2022 | | **Order** [non-document] as to Chelsea Tarver (18). The Court has received and reviewed Defendant Chelsea Tarver's 410 **Motion** for Permission to Travel to and from her cousin's funeral in Houston, Texas between June 30, 2022 and July 3, 2022. Defendant represents that her cousin passed away on June 20, 2022. Defendant is directed to supply information or evidence concerning the death of her cousin (specific name) and the date and time of any wake and/or funeral for her cousin that Defendant plans to attend in Houston, Texas, to allow the Court to fully evaluate and decide Defendant's Motion. Judge Pamela A. Barker on 6/23/2022. (Entered: 06/23/2022) |
| 06/24/2022 | 411 | Supplement to 410 **Motion** to Travel by Chelsea Tarver (18). (Weatherly, Justin) Modified text, terminated motion on 6/24/2022 (M,CE). (Entered: 06/24/2022) |
| 06/24/2022 | | **Order** [non-document] granting Defendant's 410 Motion to Travel as to Chelsea Tarver (18). Defendant is to provide her pretrial services/probation officer with her flight information to Houston and her return to Cleveland. Judge Pamela A. Barker on 6/24/2022. (M,CE) (Entered: 06/24/2022) |
| 06/29/2022 | 413 | Unopposed **Motion** to continue Pretrial and Trial by Eric King (16) (Hess, Timothy). Modified on 6/30/2022, counsel filed as to all defendants, but only pertains to Eric King (H,SP). (Entered: 06/29/2022) |
| 08/31/2022 | 446 | FILING ERROR - Motion was for Eric King (16) not all Defendants. **Motion** for Return of Passport and Travel to Jamaica as to Eric King (16) (Hess, Timothy). Modified on 9/1/2022 for filing error (K,AR). (Entered: 08/31/2022) |
| 10/07/2022 | 457 | **Motion** to continue Pre-Trial and Trial Dates by United States of America as to Alfonzo D. Bailey (1), David Brown (2), Valerie White (3), Cheria Oliver (5), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Larvell Fellows (13), Timothy Gorham (14), Donald Henderson (15), Eric King (16), Brandi Little (17), Chelsea Tarver (18), Mitchell Townsend (19), Lesia Niamke (21). (Collyer, Michael) (Entered: 10/07/2022) |
| 10/12/2022 | | **Order** [non-document] as to (Doc. No. 457 ) United States of America's Motion to Continue Pre-Trial and Trial Dates. Defendants Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Timothy Gorham (14), Eric King (16), Brandi Little (17), Chelsea Tarver (18), Mitchell Townsend (19), Lesia Niamke (21) shall have five (5) days to respond or join in with co-defendants Alfonzo Bailey (1), David Brown (2), Valerie White (3), Cheria Oliver (5), Larvell Fellows (13), and Donald Henderson (15). Judge Pamela A. Barker on 10/12/2022. (P,K) (Entered: 10/12/2022) |

| 10/17/2022 | 466 | **Motion** to join in the government's Motion to continue *with memorandum in support* by Chelsea Tarver (18). (Weatherly, Justin) (Entered: 10/17/2022) |
|---|---|---|
| 10/18/2022 | | **Order** to Continue - Ends of Justice as to Alfonzo D. Bailey (1), David Brown (2), Valerie White (3), Cheria Oliver (5), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Larvell Fellows (13), Timothy Gorham (14), Donald Henderson (15), Eric King (16), Brandi Little (17), Chelsea Tarver (18), Mitchell Townsend (19), Lesia Niamke (21). [non-document] The Court finds that the ends of justice served by the granting of a continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C.§§3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). **IMPORTANT:** Final Pretrial Conference reset for 2/8/2023 at 10:00 AM in Courtroom 16A, Jury Trial reset for 3/6/2023 at 09:00 AM in Courtroom 16A. (Doc. Nos. 457 , 458 , 459 , 460 , 461 , 462 , 463 , 466 , 467 , 468 ). Judge Pamela A. Barker on 10/18/2022. (P,K) (Entered: 10/18/2022) |
| 11/14/2022 | 477 | **Amended Protective Order** as to Defendants Alfonzo Bailey (1), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), and Chelsea Tarver (18). Judge Pamela A. Barker on 11/14/2022. (P,K) (Entered: 11/14/2022) |
| 11/15/2022 | 478 | **Motion** to Travel by Chelsea Tarver (18). (Weatherly, Justin) (Entered: 11/15/2022) |
| 11/16/2022 | 479 | **Marginal Entry Order** granting Defendant 478 Chelsea Tarver's (18) Motion to Travel from December 15, 2022 to December 31, 2022. Judge Pamela A. Barker on 11/16/2022. (P,K) (Entered: 11/16/2022) |
| 01/23/2023 | | **Order** [non-document] as to Alfonzo D. Bailey (1), David Brown (2), Valerie White (3), Cheria Oliver (5), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Larvell Fellows (13), Timothy Gorham (14), Donald Henderson (15), Eric King (16), Brandi Little (17), Chelsea Tarver (18), Mitchell Townsend (19), Lesia Niamke (21). The Court has received and reviewed the Motions to Continue as to Defendants Valerie White (3) and Cheria Oliver (5). (Doc. Nos. 486 , 487 .) The Defendants' Motions do not indicate whether Plaintiff opposes the Motions, nor does it indicate if co-Defendants intend to join in the Motion. Any opposition to Defendants' Motions must be filed by 1/30/2023. In addition, any remaining defendants are to join in or file their opposition to the Defendants' Motions by 1/30/2023. Judge Pamela A. Barker on 1/23/2023. (P,K) (Entered: 01/23/2023) |
| 01/23/2023 | 488 | Joint **Motion** to continue Final Pre-trial, Trial, and Extend Deadlines for 90 Days by Eric King (16), Brandi Little (17), Chelsea Tarver (18). (Weatherly, Justin) (Entered: 01/23/2023) |
| 01/25/2023 | 492 | Notice of Appearance of Attorney Edward D. Brydle appearing for USA. (Brydle, Edward) (Entered: 01/25/2023) |
| 01/27/2023 | 497 | **Response** by United States of America in opposition to Joint **Motion** to continue Final Pre-trial, Trial, and Extend Deadlines for 90 Days 488 , **Motion** for Joinder in Motion to continue 496 , **Motion** to continue Final Pretrial and Trial 486 , **Motion** for Joinder of Motions to continue pretrial and trial dates 493 , **Motion** for Joinder 490 , **Motion** to continue Final pretrial and Trial 494 , **Motion** to continue Final Pretrial and Trial 487 as to Alfonzo D. Bailey (1), David Brown (2), Valerie White (3), Sandra Wilson (4), Cheria Oliver (5), Charchee Tucker (6), Allen Steele (7), Kamelah Ganaway (8), Tremayne Kellom (9), Eye for Change Youth and Family Services, Inc. (10), Luray Baker (11), Quiana Bell (12), Larvell Fellows (13), Timothy Gorham (14), Donald Henderson (15), Eric King (16), Brandi Little (17), Chelsea Tarver (18), Mitchell Townsend (19), Nyshia Ware (20), Lesia Niamke (21) (Collyer, Michael) (Entered: 01/27/2023) |

| | | |
|---|---|---|
| 02/08/2023 | <u>499</u> | **Minute Order** of Pretrial Conference as to Alfonzo D. Bailey (1), David Brown (2), Valerie White (3), Cheria Oliver (5), Charchee Tucker (6), Eye for Change Youth and Family Services, Inc. (10), Quiana Bell (12), Larvell Fellows (13), Timothy Gorham (14), Donald Henderson (15), Eric King (16), Brandi Little (17), Chelsea Tarver (18), Mitchell Townsend (19), Lesia Niamke (21) held on 2/8/2023. For the reasons stated on the record, Defendants' Motions to Continue Final Pretrial and Trial for 90 days (Doc. Nos. 486 , 487 , <u>488</u> ) and Joinder in Motion (Doc. Nos. 489 , 490 , 491 , <u>492</u> , 493 , 494 , 495 , 496 , 498 ) are DENIED. **IMPORTANT:** Jury Trial to be held as previously set for 3/6/2023 at 09:00 AM in Courtroom 16A. (Court Reporter: Heather Newman) Time: 54 minutes. Judge Pamela A. Barker on 2/8/2023. (P,K) (Entered: 02/08/2023) |
| 02/10/2023 | <u>502</u> | Response to Order to Show Cause by Eric King (16). (Related document(s) 500 ) (Hess, Timothy). Modified on 2/14/2023 to note, Exhibits A thru I (Journal Entries) filed as part of main document (H,SP). (Entered: 02/10/2023) |
| 02/10/2023 | <u>503</u> | Response to Order to Show Cause by Eric King (16). (Related document(s) 500 ) (Hess, Timothy). Modified on 2/14/2023 to note, Exhibits A thru I (Journal Entries) filed as part of main document (H,SP). (Entered: 02/10/2023) |
| 02/24/2023 | <u>518</u> | Notice of Intent to Plea without Proposed Plea Agreement *Attached* as to Chelsea Tarver (18) (Weatherly, Justin) (Entered: 02/24/2023) |
| 02/24/2023 | | **Order** [non-document] Referring Case to Magistrate Judge Jonathan D. Greenberg as to Chelsea Tarver (18) for purposes of receiving Defendant's plea of guilty prior to the jury trial date set for 3/6/2023. Judge Pamela A. Barker on 2/24/2023. (P,K) (Entered: 02/24/2023) |
| 02/24/2023 | | **IMPORTANT:** Notice [non-document] as to Chelsea Tarver (18). Zoom Change of Plea Hearing set for 3/3/2023 at 02:00 PM before Magistrate Judge Jonathan D. Greenberg. (D,Ky) (Entered: 02/24/2023) |
| 02/27/2023 | <u>524</u> | **Motion** to continue Change of Plea Hearing *with brief in support* by Chelsea Tarver (18). (Weatherly, Justin) (Entered: 02/27/2023) |
| 02/27/2023 | <u>525</u> | Plea Agreement as to Chelsea Tarver (18) (Weatherly, Justin) (Entered: 02/27/2023) |
| 02/28/2023 | | **Order** [non-document] granting Defendant's <u>524</u> Motion to Continue as to Chelsea Tarver (18). Zoom Change of Plea Hearing reset for 3/1/2023 at 02:00 PM before Magistrate Judge Jonathan D. Greenberg. Magistrate Judge Jonathan D. Greenberg on 2/28/23. (D,Ky) (Entered: 02/28/2023) |
| 03/01/2023 | <u>532</u> | Consent to order of referral to Magistrate Judge for purposes of receiving plea of guilty as to Chelsea Tarver (18). (D,Ky) (Entered: 03/01/2023) |
| 03/01/2023 | | **Minutes of proceedings** [non-document] Change of plea before Magistrate Judge Jonathan D. Greenberg as Chelsea Tarver (18) held on 3/1/23. All parties appeared via video conference. AUSA Edward Brydle and Jonathan Metzler present for the Government. Attorney Justin Weatherly present for the defendant. Defendant consented to participating via video conference, with no objection from defense counsel or government. The Court finds that consent was knowingly and voluntarily made by defendant. Consent to order of referral to magistrate judge for purposes of receiving defendant's plea of guilty executed. Plea of Guilty entered to counts 1 and 65 of the superseding indictment. Plea agreement executed. The Court will recommend the District Judge accept the plea and judge the defendant guilty. Referral to Probation for preparation of a Presentence Investigation Report. Sentencing to be scheduled by Judge Pamela A. Barker. Bond continued. (ECRO: M. Fogler) Time: 1 hour (D,Ky) (Entered: 03/01/2023) |

| 03/01/2023 | 533 | **Order** regarding use of video conference/teleconferencing for felony plea and/or sentencing as to Chelsea Tarver (18).Signed by Magistrate Judge Jonathan D. Greenberg on 3/1/23. (D,Ky) (Entered: 03/01/2023) |
|---|---|---|
| 03/01/2023 | 536 | **Report and Recommendation** on Plea of Guilty as to Chelsea Tarver (18). (Objections to Report & Recommendation due by 3/15/2023), Referral to Magistrate Judge Jonathan D. Greenberg terminated. Signed by Magistrate Judge Jonathan D. Greenberg on 3/1/23. (D,Ky) (Entered: 03/01/2023) |
| 03/16/2023 | 559 | Transcript of Guilty Plea Hearing as to Chelsea Tarver (18) held on March 1, 2023 before Magistrate Judge Jonathan D. Greenberg. To obtain a bound copy of this transcript please contact court reporter Stacey L. Kiprotich at 419-213-5520. [50 pages] Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties requesting that privacy information be redacted must file a notice of intent to redact with the court by 3/23/2023. Redaction Request due 4/6/2023. Redacted Transcript Deadline set for 4/16/2023. Release of Transcript Restriction set for 6/14/2023. (K,SL) (Entered: 03/16/2023) |
| 03/20/2023 | 568 | **Order** Adopting Report and Recommendation before Magistrate Judge Jonathan D. Greenberg as to Chelsea Tarver (18) (Doc. No. 536 ) on Plea of Guilty. Judge Pamela A. Barker on 3/20/2023. (P,K) (Entered: 03/20/2023) |
| 03/20/2023 | 569 | Plea Agreement as to Chelsea Tarver (18). (P,K) (Entered: 03/20/2023) |
| 03/20/2023 | | **IMPORTANT:** Notice [non-document] as to Chelsea Tarver (18). Sentencing set for 7/18/2023 at 09:00 AM in Courtroom 16A before Judge Pamela A. Barker.(P,K) (Entered: 03/20/2023) |
| 06/05/2023 | 650 | First Disclosure of Presentence Report as to Chelsea Tarver (18). Objections to the report are due to the Probation office within 14 days of this filing. [Note to Attorneys: The document is sealed and will not be available to you until the Clerk releases it. Once the release is done a second Notice of Electronic Filing will be sent, and you will then be able to access the document.] (K,CM) (Entered: 06/05/2023) |
| 06/23/2023 | 677 | Final Presentence Report as to Chelsea Tarver (18). [Note to Attorneys: The document is sealed and will not be available to you until the Clerk releases it. Once the release is done a second Notice of Electronic Filing will be sent, and you will then be able to access the document.] (H,KD) (Entered: 06/23/2023) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/06/2023 16:26:26 | | |
| **PACER Login:** | Justinweatherly | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cr-00731-PAB |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |