# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALI DURRANI,<br><br>    Defendant. | CASE NO. 2:23-CR-48<br><br>JUDGE EDMUND A. SARGUS, JR. |

## ORDER

This matter is before the Court on the Government's motion under Federal Rule of Criminal Procedure 48(a) to dismiss the Indictment. (ECF No. 85.) This motion is **GRANTED**. The Indictment is hereby dismissed with prejudice, and the case is closed.

**IT IS SO ORDERED.**

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE